**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JAMIE HAWLEY,**

    Petitioner,

                     **CASE NO.**    **3:11-cv-360**

**-vs-**

                      **District Judge Timothy S. Black**
                      **Magistrate Judge Michael R. Merz**

**WARDEN, Southern Ohio Correctional Facility,**

    Respondent.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]**  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**  **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 7) of the United States Magistrate Judge is **ADOPTED;** that the Petitioner's Petition is **DISMISSED** with prejudice; that any requested Certificate of Appealability is **DENIED**; that it is **CERTIFIED** any appeal would not be taken in good faith; and that the case is **TERMINATED** from the docket.

Date:  March 29, 2012                             **JAMES BONINI, CLERK**

                                                        By: s/ M. Rogers
                                                        Deputy Clerk